UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| JANET DAVIS,<br><br>  Plaintiff,<br><br>v.<br><br>CRACKER BARREL OLD COUNTRY STORE, INC. (STORE NUMBER 42),<br><br>  Defendant. | Civil Action No. 3:19-CV-00724-JMC<br><br>**CONSENT ORDER<br>TO REMAND** |

This action comes before the Court on the motion of the parties for an order remanding the above-referenced action to the Court of Common Pleas for Richland County. The Plaintiff stipulated that her total damages are no more than $75,000.00 and the parties have therefore agreed to consent to having the action remanded to the Court of Common Pleas for Richland County. Accordingly, and with the consent of the parties,

IT IS ORDERED that this action be and it hereby is remanded to the Court of Common Pleas for Richland County.

Date: May 3, 2019

s/J. Michelle Childs
J. Michelle Childs
U.S. District Judge

WE CONSENT:

SOUTHEASTERN LAW GROUP, P.A.

*s/ David L. Moore*
David L. Moore
Federal ID No. 13003
Post Office box 2636
Greenville, South Carolina 29602
(864) 285-3700
david@southeasternlawyer.com

ATTORNEYS FOR PLAINTIFF

WE CONSENT:

MCANGUS GOUDELOCK & COURIE, L.L.C.

*s/ Sterling G. Davies*
Sterling G. Davies
Federal ID No. 6288
Post Office Box 12519
1320 Main Street, 10th Floor (29201)
Columbia, South Carolina 29211
(803) 779-2300
sdavies@mgclaw.com

ATTORNEYS FOR DEFENDANT